## JOHN FARSON *et al. vs.* TOWN OF SOUTH BROOK.

Argued by appellants, submitted on brief by respondent, April 14, 1893. Affirmed June 30, 1893.

Appeal by plaintiffs, John Farson, Arthur B. Leach and Duke M. Farson, copartners, from an order of the District Court of Cottonwood County, *P. E. Brown*, J., made July 26, 1892, sustaining a demurrer to their complaint.

*A. M. Rutan* and *Chas. T. Farson*, for appellants.

*J. G. Redding*, for respondent.

PER CURIAM. This case is controlled by that of *Kedzie* v. *Ewington, ante,* p. 116. Order affirmed.

(Opinion published 55 N. W. Rep. 864.)